# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| DONALD SCHOENTHAL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 2:19-cv-00031 |
| CARROLL COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 11) recommending that the instant action be transferred to the United States District Court for the Western District of Tennessee. The Magistrate Judge explains that Defendants, in their Motion to Dismiss (Doc. No. 7), alternatively proposed that the Court transfer the case because all of the events giving rise to the Plaintiffs' claims took place in Carroll County, which is in Tennessee's Western District. (Id. at 2.) Plaintiffs do not oppose the transfer. (Id. at 1.) As expected, no objections have been filed to the Magistrate Judge's Report and Recommendation.

Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, and the Defendants' Motion to Dismiss (Doc. No. 7) is **GRANTED IN PART**. This case is hereby **TRANSFERRED** to the United States District Court for the Western District of Tennessee.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE